IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRIDGETT ANNE GLENN, | CIVIL ACTION NO. 3:23-CV-02381 |
| Plaintiff, | |
| | JUDGE JEFFREY J. HELMICK |
| v. | |
| MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY, | MAGISTRATE JUDGE CARMEN E. HENDERSON |
| Defendant. | |

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). On remand, the claim will be sent to an administrative law judge for further consideration of Plaintiff's claim, the opportunity for a hearing, further development of the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, and issuance of a new decision.

Date: 4/24/2024

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge